| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Jones, Edith H. | 2. Court or Organization 5th Circuit Court of Appeals | 3. Date of Report 5/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Chief Circuit Judge, Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2009 to 12/31/2009 |
| 7. Chambers or Office Address 12505 U.S. Courthouse 515 Rusk Houston, TX 77002-2600 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Sam Houston Area Council, Boy Scouts of America |
| 2. Advisory Board Member | Masters in Bankruptcy Program, St. John's Law School, New York |
| 3. Member | Judicial Advisory Board, George Mason University Law & Economics Center |
| 4. President | Garland Walker Inn of Court |
| 5. Member | Board of Overseers for the Searle Civil Justice Institute, Northwestern Univ. School of Law |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Jones, Edith H.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse: see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Andrews & Kurth, LLP - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | MacLaurin Institute | 3/8-9/09 | Minneapolis, MN | Fifth Annual Faith & Law Lecture | Lodging for one night |
| 2. | The Federalist Society | 3/9-10/09 | Minneapolis, MN | Speech at Univ. of St. Thomas Law School | Lodging for one night, air travel and meals |
| 3. | American Academy of Appellate Lawyers | 3/27-28/09 | Austin, TX | Panel participation at Spring Meeting | Mileage and parking for personal auto |
| 4. | Bill of Rights Institute | 4/16-17/09 | Wichita, KS | Participation in Bill of Rights Institute Public Forum | Air travel, meals and lodging |
| 5. | George Mason Univ. Law & Econ. Center | 7/12-15/09 | San Diego, CA | Discover Your Inner Economist Program | Air travel, meals and lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Jones, Edith H. | 5/14/2010 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | The Witherspoon Institute | 8/14-15/09 | Princeton, NJ | Participation in "Moral Foundations of Law" Seminar | Air travel, meals and lodging |
| 7. | George Mason Univ. Law & Econ. Center | 10/2-4/09 | Alexandria, VA | Judicial Advisory Board Meeting | Meals and lodging |
| 8. | The Federalist Society | 10/6-7/09 | New Haven, CT | Speech to Yale Federalist Society | Air travel, meals and lodging |
| 9. | Searle Center on Law, Regulation and Economic Growth/Northwestern Univ. | 10/21-22/09 | Chicago, IL | Board of Overseers meeting | Air travel, meals and lodging |
| 10. | The Federalist Society | 11/13-15/09 | Washington, DC | Participation in panel at National Lawyers Convention | Air travel, meals and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 5/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 5/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. BANK ACCOUNTS | | | | | | | | | |
| 2. Bank of America - Accounts | B | Interest | K | T | | | | | |
| 3. J.P. Morgan Chase Bank - Accounts | B | Interest | K | T | | | | | |
| 4. STOCKS, BONDS & NOTES | | | | | | | | | |
| 5. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 6. McDonald's Corp. - common | A | Dividend | J | T | | | | | |
| 7. Investment Co. of America | A | Dividend | J | T | | | | | |
| 8. Aim Constellation Fund | A | Dividend | J | T | | | | | |
| 9. Dow Chemical - common | A | Dividend | J | T | | | | | |
| 10. Exxon Mobil Corp. - common | B | Dividend | L | T | | | | | |
| 11. Nestle - common | A | Dividend | K | T | | | | | |
| 12. Newmont Gold - common | A | Dividend | J | T | | | | | |
| 13. Aim Constellation Fund A (CSTGX) | A | Dividend | K | T | | | | | |
| 14. Putnam New Opportunity Fund A | A | Dividend | J | T | | | | | |
| 15. BP-PLC ADS | B | Dividend | K | T | | | | | |
| 16. Exxon Mobil Corporation - common | B | Dividend | L | T | | | | | |
| 17. Investment Co. of America | B | Dividend | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 5/14/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| 18. Intel Corporation | A | Dividend | J | T | | | | | | |
| 19. Procter & Gamble | B | Dividend | K | T | | | | | | |
| 20. Newmont Gold - common | A | Distribution | J | T | | | | | | |
| 21. Morgan Stanley Bank | A | Interest | N | T | | | | | | |
| 22. Morgan Stanley Assets Acct | A | Interest | K | T | | | | | | |
| 23. Pepsico | A | Dividend | K | T | | | | | | |
| 24. NCR | | None | J | T | | | | | | |
| 25. MS Global Infrastructure Q | B | Interest | K | T | | | | | | |
| 26. Van Kampen Comstock A (ACSTX) | A | Dividend | J | T | | | | | | |
| 27. Franklin Insd. Tax Free Fund | B | Interest | K | T | | | | | | |
| 28. Mut. Shares Class B Tax Free | A | Dividend | K | T | | | | | | |
| 29. GPR Energy, LLC | A | Dividend | K | U | | | | | | |
| 30. General Growth Properties | A | Dividend | J | T | | | | | See note Part VIII | |
| 31. GE Capital Corp. Bonds | A | Interest | | | Redeemed | 6/15/09 | L | A | | |
| 32. Seaspan | A | Dividend | K | T | | | | | | |
| 33. Syngenta AG ADR | B | Dividend | L | T | | | | | | |
| 34. Toyota | A | Dividend | K | T | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 5/14/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Magellan Midstream Partners | C | Dividend | K | T | | | | | |
| 36. Archer Daniels Midland | A | Dividend | K | T | | | | | |
| 37. Verizon Comm | A | Dividend | J | T | | | | | |
| 38. FFFCX | C | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 5/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII. Investments and Trusts

Item 30. Following the dissolution of THC Partners in 2000, which I reported on the Financial Disclosure Report for that year, I continued to receive shares of stock in Rouse Co. semiannually through 2004 pursuant to a Contingent Stock Agreement that had earlier been executed by Rouse with the former members of THC Partners. The value of the stock received, and dividends on all my Rouse investments, were duly reported in each year's financial reports. Rouse Co. was acquired by General Growth Properties (GGP) in late 2004-early 2005, and GGP succeeds as obligor to the Contingent Stock Agreement. Consequently, the GGP stock reported herein was received pursuant to that Agreement, which is ongoing. GGP sought Ch. 11 bankruptcy in October 2008. GGP remained in Ch. 11 through the close of 2009.

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 5/14/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544